DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**LOCKIE BRYANT,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2025-1525

[September 24, 2025]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Cymonie S. Rowe, Judge; L.T. Case No. 501998CF012157C.

Lockie Bryant, Florida City, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.* *Decosta v. State*, No. 4D2025-0682, 2025 WL 2154384 (Fla. 4th DCA July 30, 2025).

LEVINE, CONNER and KLINGENSMITH, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***